**Frances D. GERMANY,**
**Plaintiff-Appellant**

v.

**HOUSTON INDEPENDENT SCHOOL**
**DISTRICT, also known as HISD,**
**Defendant-Appellee**

No. 16-20298

United States Court of Appeals,
Fifth Circuit.

March 8, 2017

Don Tuan Nguyen, Houston, TX, DaSean A. Jones, Jones & Associates, P.L.L.C., Houston, TX, for Plaintiff-Appellant

Paul A. Lamp, Dylan Alexander Farmer, Rogers, Morris & Grover, L.L.P., Houston, TX, for Defendant-Appellee

Before BARKSDALE, GRAVES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Plaintiff-Appellant Frances Germany appeals the district court's grant of summary judgment on her disability discrimination and retaliation claims against Defendant-Appellee Houston Independent School District. Based on our review of the briefs, the applicable law, and the record, we AFFIRM the judgment of the district court.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.